UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff(s),<br>  v.<br>KADENA PACIFIC INC,<br>              Defendant(s).<br>_____/ | No. C 12-00687 MEJ<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT HEARING** |

This matter is scheduled for a Case Management Conference hearing on May 24, 2012 at 10:00 a.m. Now before the Court is the request of Michael R. Dennis, counsel for Plaintiff, to appear telephonically. Good cause appearing, the request is GRANTED. However, Plaintiff's counsel is ORDERED to contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the hearing. At the time of the hearing, counsel shall stand by at the number provided until called by the Court.

**IT IS SO ORDERED.**

Dated: May 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge