UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES,<br><br>               Plaintiff(s),<br>      v.<br><br>KADENA PACIFIC INC,<br><br>               Defendant(s).<br>_____/ | No. C 12-00687 MEJ<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT HEARING** |

This matter is scheduled for a Case Management Conference on August 9, 2012. Now before the Court is the request of Michael R. Dennis, counsel for Plaintiff, to appear telephonically. Good cause appearing, the request is **GRANTED.** However, Mr. Dennis is **ORDERED** to contact the courtroom deputy, Rose Maher, at **(415) 522-4708**, and provide a local or toll-free number at least 48 hours prior to the hearing. At the time of the hearing, counsel shall stand by at the number provided until called by the Court.

**IT IS SO ORDERED.**

Dated: July 30, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge