Walter J. Schmidt, SBN 48630
Michael R. Dennis, SBN 215970
CRABTREE SCHMIDT
1100 14th Street, Suite E
Post Office Box 3307
Modesto, California 95353-3307
Telephone: (209) 522-5231
Facsimile: (209) 526-0632

Attorneys for Use Plaintiff,
GLOBAL MODULAR, INC., a Nevada Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use of GLOBAL MODULAR, INC., a Nevada Corporation,<br><br>Plaintiff,<br>v.<br><br>KADENA PACIFIC, INC., a California corporation; LIBERTY MUTUAL SURETY, and DOES 1 through 10, inclusive,<br><br>Defendants. | CIVIL ACTION FILE NO.: CV12-00687 MEJ<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS STIPULATED by the parties to this action, through their attorneys, that:

1. The parties to this action have reached a settlement.

2. Under the terms of the settlement amongst the parties, this action will be dismissed with prejudice.

3. All parties are to bear their own costs and attorney's fees.

4. The Court may enter an order of dismissal accordingly.

Dated: August 27, 2012                    CRABTREE SCHMIDT

By: _____
MICHAEL R. DENNIS
Attorneys for Use-Plaintiff,
GLOBAL MODULAR, INC.

1

*Stipulation of Dismissal and Order Thereon*

Dated: 9/5, 2012

MCLAIN PC

By: _____
ERIK McLAIN
Attorney for Defendants,
KADENA PACIFIC, INC. and LIBERTY
MUTUAL SURETY

## ORDER

Upon reading the foregoing Stipulation of Dismissal, and good cause appearing therefor,

**IT IS ORDERED** that this case is dismissed in its entirety, with prejudice.

Dated: September 10, 2012       _____
Maria-Elena James
United States Magistrate Judge