1  Walter J. Schmidt, SBN 48630
   Michael R. Dennis, SBN 215970
2  CRABTREE SCHMIDT
   1100 14th Street, Suite E
3  Post Office Box 3307
   Modesto, California 95353-3307
4  Telephone: (209) 522-5231
   Facsimile: (209) 526-0632
5
   Attorneys for Use Plaintiff,
6  GLOBAL MODULAR, INC., a Nevada Corporation

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES, For the Use of | CIVIL ACTION FILE NO.: CV12-00687 MEJ
   | GLOBAL MODULAR, INC., a Nevada |
12 | Corporation, |
   |                                |
13 |         Plaintiff,             | STIPULATION OF DISMISSAL AND
   | v.                             | ORDER THEREON
14 |                                |
   | KADENA PACIFIC, INC., a California |
15 | corporation; LIBERTY MUTUAL    |
   | SURETY, and DOES 1 through 10, |
16 | inclusive,                     |
   |                                |
17 |         Defendants.            |

18

19     IT IS STIPULATED by the parties to this action, through their attorneys, that:

20     1.   The parties to this action have reached a settlement.

21     2.   Under the terms of the settlement amongst the parties, this action will be
22 dismissed with prejudice.

23     3.   All parties are to bear their own costs and attorney's fees.

24     4.   The Court may enter an order of dismissal accordingly.

25 Dated: August 29, 2012            CRABTREE SCHMIDT

26
                                     By: [signature]
27                                       MICHAEL R. DENNIS
28                                       Attorneys for Use-Plaintiff,
                                         GLOBAL MODULAR, INC.

                                 1
                 *Stipulation of Dismissal and Order Thereon*

Dated: 9/5, 2012

MCLAIN PC

By: _____
ERIK McLAIN
Attorney for Defendants,
KADENA PACIFIC, INC. and LIBERTY MUTUAL SURETY

## ORDER

Upon reading the foregoing Stipulation of Dismissal, and good cause appearing therefor,

**IT IS ORDERED** that this case is dismissed in its entirety, with prejudice.

Dated: September 10, 2012   _____
Maria-Elena James
United States Magistrate Judge